UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOEL MENDEZ-VASQUEZ,

Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES, et al.,

Respondents.

Case No.:  26-cv-2243-RSH-MSB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On April 9, 2026, petitioner Joel Mendez-Vasquez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that he has been unlawfully subjected to mandatory detention, and seeks a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* ¶ 9. On April 15, 2026, Respondents filed a return stating that they do not oppose the request. ECF No. 4 at 2. Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within ***seven (7) days*** of this order pursuant to 8 U.S.C. § 1226(a).

　　**IT IS SO ORDERED**.

Dated: April 16, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-2243-RSH-MSB